AFFIDAVIT

I, Daniel Ratliff, being duly sworn, do hereby depose and state the following:

1. I am a duly sworn Task Force Officer assigned to the Violent Crime Task Force of the Federal Bureau of Investigation (FBI), Jackson, Mississippi Division. As a Task Force Officer, I investigate violent crimes that have a federal interest, including, but not limited to Hobbs Act Robbery cases, carjacking, and felons in possession of a firearm. I have received training and been assigned to conduct investigations of criminal violations of the United States Code.

2. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States. This affidavit is intended to show only that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Cristian Mitchel Gonzales Mondragon and Jesus Noe Gaxiola-Lopez committed a crime in violation of Title 18 U.S.C. § 922(g)(5)(a), illegal alien in possession of a firearm.

3. On September 24, 2018, at approximately 7:50 a.m., Natchez Trace authorities were dispatched to the Natchez Trace Parkway in Ridgeland, Mississippi after a dead body was discovered. The body was later identified as Aaron Lopez. The victim's

body was located within territorial jurisdiction of the United States. While investigating the homicide of Aaron Lopez, I learned that Cristian Mitchel Gonzales Mondragon, Sara Espino, and Ava Bencomo had knowledge and involvement in the homicide of Aaron Lopez. Gonzales Mondragon, Espino, Bencomo, and the victim, Lopez, lived at 245 Walnut Ridge Street, Ridgeland, Mississippi.

4.    When interviewed, Sara Espino provided the following information: Lopez arrived at 245 Walnut Ridge Street, Ridgeland, Mississippi on or about September 23, 2018, where he had a confrontation with Gonzalez Mondragon after Lopez kicked Gonzalez Mondragon's bedroom door in. Gonzalez Mondragon chased Lopez out of the residence. A short time later, Espino and Gonzalez Mondragon left the residence in Gonzalez Mondragon's 2009 Silver Nissan Altima to look for Lopez. Espino believed Gonzales Mondragon was going to tell Lopez that he could no longer live at the residence and afterwards, Gonzalez Mondragon and Espino would go smoke marijuana together. Upon locating Lopez, Lopez was put into the vehicle and taken somewhere off the Natchez Trace Parkway in Ridgeland, Mississippi. Espino told investigators that Espino, Gonzalez Mondragon, and Lopez exited the vehicle. All three individuals went to the rear of the vehicle where Espino saw Gonzalez Mondragon shoot Lopez approximately ten times. After he shot Lopez, Gonzalez Mondragon stated to Espino, "This never happened." Espino and Gonzales Mondragon left Lopez at the Natchez Trace location, got back into the vehicle, and returned to 245

Walnut Ridge Street, Ridgeland, Mississippi. Upon returning to the residence, Gonzales Mondragon, Espino, and Bencomo discussed what had occurred and decided that if ever asked, they would all say that they knew nothing about the murder of Lopez. On the evening of September 24, 2018, a search warrant for evidence concerning the murder of Aaron Lopez was executed at the residence in Ridgeland, Mississippi.

5. While executing the search warrant at 245 Walnut Ridge Street Ridgeland, Mississippi, Special Agents and Task Force officers observed that Cristian Mitchel Gonzalez Mondragon was in possession of a Smith and Wesson, 9mm, Serial Number HFZ1375 at 245 Walnut Ridge St. Ridgeland, Mississippi. Gonzales Mondragon admitted to agents that he used this gun when he shot Lopez. After he used the firearm to shoot Lopez, he placed the gun in the closet where agents recovered it during the search of the residence.

6. Additionally, it was discovered that a fourth occupant of the residence, Jesus Noe Gaxiola-Lopez, was in possession of a Remington 1911, .45 caliber, serial number R1A1112063. This gun was found on the bed that belonged to Jesus Noe Gaxiola-Lopez. Gaxiola-Lopez admitted to agents that he bought the gun from an unknown third party for $500.

7. On September 24, 2015, agents confirmed that both Cristian Mitchel Gonzales Mondragon and Jesus Noe Gaxiola-Lopez [handwritten correction] are currently Mexican Nationals. They entered the United

States illegally and without inspection. Both suspects are currently in the removal process by the Enforcement Division of Homeland Security.

Respectfully submitted,

_____
Daniel Ratliff
TFO/Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, this **25th** day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4